# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 16, 2026

| No. 26-2488 | WILLIAM L. ARMSTRONG, III,<br>Plaintiff - Appellant<br><br>v.<br><br>ALTER TRADING CORPORATION, et al.,<br>Defendants - Appellees |
| --- | --- |
| **Originating Case Information:** | |
| District Court No: 2:25-cv-01702-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller | |

NOTIFICATION: NO APPELLEE(S) SERVED

The above captioned appeal was filed in this court this date. This is notification that no appellee(s) or counsel for the appellee(s) were served in the District Court.