# UNITED STATES COURT OF APPEALS

# FOR THE SEVENTH CIRCUIT

## Case No: 26-2488

U.S.C.A. – 7th Circuit
RECEIVED
AUG 03 2026

## William Armstrong, III v. Alter Trading

## Corporation, et al

## Memorandum of jurisdiction

U.S.C.A. – 7th Circuit
RECEIVED

AUG 03 2026

The United States was and is a party and so I had 60 days to file my notice of appeal under Fed. R. App P. 4 (a)(1)(B). The court's oversight on this matter was extraordinary negligence. The judgement was entered on May 29th 2026, and my notice of appeal was filed on July 16th 2026, which when excluding the day from which time to file began to run is 48 days.

Electronically signed by: William Louis Armstrong

S/ William Louis Armstrong

414-248-1487

2580 S. 34th st. Milwaukee Wisconsin, 53215

williamlouisarmstrong93@gmail.com