# UNITED STATES COURT OF APPEALS

# FOR THE SEVENTH CIRCUIT

## Case No: 26-2488

## Armstrong et al v. Alter Trading

## Corporation et al

## Docketing Statement

U.S.C.A. — 7th Circuit
RECEIVED

AUG 10 2026

Case: 26-2488    Document: 9    Filed: 08/10/2026    Pages: 15

# Jurisdiction

Case: 26-2488     Document: 9     Filed: 08/10/2026     Pages: 15

**District court**: Federal question jurisdiction over **18 U.S.C. 1964** federal RICO claims under **28 U.S.C. 1331**, and over **Wis. Stat. 946.87** Wisconsin RICO under **28 U.S.C. 1367**.

**Appeals court**: This court has jurisdiction under **28 U.S.C. 1291**. The United States was and is a party and so I had 60 days to file my notice of appeal under Fed. R. App P. 4 (a)(1)(B). The judgement was entered on May 29th 2026, and my notice of appeal was filed on July 16th 2026, which when excluding the day from which time to file began to run is 48 days.

No motion identified in Fed. R. App. P. 4(a)(4)(A) was filed, no motion to extend or reopen the appeal period was filed, and no extension was sought or granted.

**Related proceedings:** There have been no prior or related appellate proceedings in this case.

**Three-strikes designation:** No district court has designated me as having three strikes under 28 U.S.C. § 1915(g).

**Citizenship**: I provide the following citizenship and organizational information for each non-individual defendant, based on the records reasonably available to me.

1. **Alter Trading Corporation.** Alter Trading Corporation is incorporated under the laws of Iowa and has its principal place of business in Missouri.

Source: GSS Salvage, Inc. v. Alter Trading Corporation, No. 3:08-cv-03007, Document 20, pp. 1-2 (C.D. Ill. Aug. 27, 2008).

https://law.justia.com/cases/federal/district-courts/illinois/ilcdce/3%3A2008cv03007/43186/20/

2. **Seven Stars Auto Parts LLC.** Seven Stars Auto Parts LLC is a limited liability company organized under the laws of Wisconsin. Its citizenship is the citizenship of each of its members. Publicly available records do not identify its members or their citizenship, and I have been unable to ascertain its complete citizenship.

Sources: Third Amended Complaint, p. 1; Wisconsin Department of Natural Resources record identifying Seven Stars Auto Parts LLC doing business as Wrench N' Go.

Case: 26-2488    Document: 9    Filed: 08/10/2026    Pages: 15

Case: 26-2488    Document: 9    Filed: 08/10/2026    Pages: 15

https://dnr.wisconsin.gov/sites/default/files/topic/AirQuality/SalvagersCounty.pdf

3. **Miller Compressing Company.** Miller Compressing Company is incorporated under the laws of Wisconsin and has its principal place of business in Milwaukee, Wisconsin.

Source: City of Milwaukee agreement identifying Miller Compressing Company as a Wisconsin corporation and giving its Milwaukee corporate address.

https://milwaukee.legistar.com/View.ashx?GUID=F8C94382-B698-4822-9DC5-61D01FCBDC97&ID=367657&M=F

4. **Goldstein Group, Inc.** Goldstein Group, Inc. is incorporated under the laws of Iowa and has its principal place of business in Bettendorf, Iowa.

Source: Goldstein Group, Inc. Principal Entity Form filed with the Pennsylvania Gaming Control Board.

https://pgcb.pa.gov/files/Cat_2_applicants/2013/Tower_Entertainment_LLC/Goldstein_Group_Inc_Principal_Entity_Form_PUBLIC_COPY.pdf

5. **Quarles & Brady LLP.** Quarles & Brady LLP is a limited liability partnership organized under the laws of Wisconsin. Its citizenship is the citizenship of each of

its partners. Its public attorney directory does not provide the domicile of every partner, and I have been unable to ascertain its complete citizenship from publicly available information.

Source: Cain v. Fidelity National Title Insurance Co., identifying Quarles & Brady LLP as a Wisconsin limited liability partnership.

https://law.justia.com/cases/arizona/court-of-appeals-division-o ne-unpublished/2015/1-ca-cv-14-0594.html

6. **Toyota Tsusho Corporation.** Toyota Tsusho Corporation is organized under the laws of Japan and has its principal place of business in Nagoya, Japan.

Source: Toyota Tsusho Corporation Schedule 13D.

https://sec.gov/Archives/edgar/data/1836875/000121390021018242/e a138564-13dtoyota_nuvvehold.htm

7. **Toyota Tsusho America, Inc.** Toyota Tsusho America, Inc. is incorporated under the laws of New York and has its principal place of business in New York, New York.

Source: SEC-filed agreement identifying Toyota Tsusho America, Inc. as a New York corporation and providing its New York address.

https://sec.gov/Archives/edgar/data/912603/000110465925024004/tm
257857d3_ex2-1.htm

8. **Altech Recycling LLC.** Altech Recycling LLC is a limited liability company organized under the laws of Arkansas. Its publicly disclosed members are Alter Trading Corporation and Toyota Tsusho America, Inc. Alter Trading Corporation is a citizen of Iowa and Missouri, as stated in paragraph 1. Toyota Tsusho America, Inc. is a citizen of New York, as stated in paragraph 7. Altech Recycling LLC is therefore a citizen of Iowa, Missouri, and New York. I have found no public record showing that its membership subsequently changed.

Sources: Entity-specific record identifying Altech Recycling LLC as an Arkansas limited liability company; Toyota Tsusho announcement identifying Alter Trading Corporation and Toyota Tsusho America, Inc. as the entities that established Altech Recycling LLC.

https://lei-identifier.com/leicert/549300SRJ3OWJFVQL790/

https://toyota-tsusho.com/english/press/detail/210927_004893.htm
l

9. **MCC Holding LLC.** I named this defendant as "MCC Holding Inc." The entity at issue is MCC Holding LLC. Publicly

available information establishes that it is a limited liability company but does not establish the state under whose laws it was organized. A published Wisconsin Court of Appeals decision identifies the SFM Marital Trust as an equity member of MCC Holding LLC. The decision does not state that the trust was the sole member, identify every other member, establish the company's complete membership when this action commenced, or provide the information necessary to determine the citizenship attributable to the trust. I have therefore been unable to ascertain either MCC Holding LLC's state of organization or its complete citizenship from publicly available information.

Source: Miller Compressing Company v. Busby, 2025 WI App 29.

https://wicourts.gov/ca/opinion/DisplayDocument.pdf?content=pdf&seqNo=935720

10. **Toyota Motor Corporation.** Toyota Motor Corporation is organized under the laws of Japan and has its principal place of business in Toyota City, Aichi Prefecture, Japan.

Source: Toyota Motor Corporation SEC filing identifying its jurisdiction of organization and principal place of business.

https://sec.gov/Archives/edgar/data/1094517/000119312511187579/dfx.htm

Case: 26-2488     Document: 9     Filed: 08/10/2026     Pages: 15

Case: 26-2488     Document: 9     Filed: 08/10/2026     Pages: 15

11.  **Toyota Motor North America, Inc.** Toyota Motor North America, Inc. is incorporated under the laws of California and has its principal place of business in Texas.

Source: Milby v. Toyota Motor Sales, U.S.A., Inc., No. 5:21-cv-00037, Document 18, p. 1 (W.D. Ky. July 12, 2021).

https://law.justia.com/cases/federal/district-courts/kentucky/ky wdce/5%3A2021cv00037/120681/18/

12.  **Toyota Motor Sales, U.S.A., Inc.** Toyota Motor Sales, U.S.A., Inc. is incorporated under the laws of California and has its principal place of business in Texas.

Source: Milby v. Toyota Motor Sales, U.S.A., Inc., cited in paragraph 11.

13.  **Toyota Motor Credit Corporation.** Toyota Motor Credit Corporation is incorporated under the laws of California and has its principal place of business in Plano, Texas.

Source: Toyota Motor Credit Corporation Form 10-K.

https://sec.gov/Archives/edgar/data/834071/000095017025080775/ck 0000834071-20250331.htm

Case: 26-2488     Document: 9     Filed: 08/10/2026     Pages: 15

14.  **Toyota Financial Services Corporation.** Toyota Financial Services Corporation is organized under the laws of Japan and has its principal place of business in Nagoya, Japan.

Source: SEC-filed credit-support agreement identifying Toyota Financial Services Corporation as a Japanese corporation with its principal office in Nagoya.

https://sec.gov/Archives/edgar/data/834071/000083407100000036/0000834071-00-000036-0007.txt

15.  **Green Bridge Company.** Green Bridge Company is incorporated under the laws of Iowa and has its principal place of business in Bettendorf, Iowa.

Source: SEC-filed agreement identifying Green Bridge Company as an Iowa corporation and giving its Bettendorf address.

https://sec.gov/Archives/edgar/data/863015/000104746915005507/a2225088zex-10_62.htm

16.  **United States.** The United States is a sovereign governmental party, not a corporation, limited liability company, partnership, limited liability partnership, or unincorporated association. A state of incorporation or organization, principal place of business, and member or partner citizenship do not apply.

Case: 26-2488    Document: 9    Filed: 08/10/2026    Pages: 15

17. **All Seasons Trucking 2 LLC.** All Seasons Trucking 2 LLC is a limited liability company organized under the laws of Wisconsin. Its citizenship is the citizenship of each of its members. Publicly available records do not identify its members or their citizenship, and I have been unable to ascertain its complete citizenship.

Source: Third Amended Complaint, p. 2.

18. **Alter Metal Recycling.** Alter Metal Recycling is a trade name under which Alter Trading Corporation conducts business and is not a separately incorporated or organized juridical entity. It has no state of organization or citizenship separate from Alter Trading Corporation. Alter Trading Corporation is a citizen of Iowa and Missouri, as stated in paragraph 1.

Source: Environmental Protection Agency notice identifying Alter Trading Corporation doing business as Alter Metal Recycling.

https://epa.gov/ks/alter-trading-corporation-dba-alter-metal-recycling-clean-water-act-public-notice

19. **Alter Logistics Company.** I named this defendant as "Alter Logistics & Transloading Company." The entity at issue is Alter Logistics Company. Alter Logistics Company is

incorporated under the laws of Iowa and has its principal place of business in Bettendorf, Iowa.

Sources: Entity-specific corporate record identifying Alter Logistics Company as an Iowa corporation; Alter Logistics Company's official corporate-information page.

https://b2bhint.com/en/company/us-ia/alter-logistics-company--99323

https://alterlogistics.com/transloading-logistics-company/

20. **Body Corporate Wisconsin LLC.** I did not intend "Body Corporate Wisconsin LLC" to identify a separate defendant. The words "Defendant. Body Corporate. Wisconsin LLC." on page 2 of my Third Amended Complaint describe All Seasons Trucking 2 LLC. Those descriptive words were entered on the docket as the name of a separate party. There is no separately organized entity named Body Corporate Wisconsin LLC whose state of organization or citizenship must be stated.

Source: Third Amended Complaint, p. 2.

**Final judgement**: This appeal is from a final judgement that disposed of all parties' claims. All of my claims against the defendants were dismissed as frivolous with prejudice. The

Case: 26-2488     Document: 9     Filed: 08/10/2026     Pages: 15

dismissal of the action also follows the voluntary dismissal by order of the court in a prior Wisconsin state court action, and so is final and on the merits pursuant to Fed. R. Civ. P. 41. (b).

Electronically signed by: William Louis Armstrong

S/ William Louis Armstrong

414-248-1487

2580 S. 34th st. Milwaukee Wisconsin, 53215

williamlouisarmstrong93@gmail.com

Case: 26-2488    Document: 9    Filed: 08/10/2026    Pages: 15

# UNITED STATES COURT OF APPEALS

# FOR THE SEVENTH CIRCUIT

# Case No: 26-2488

# Armstrong et al v. Alter Trading

# Corporation et al

# Proof of service for Docketing

# Statement

Case: 26-2488     Document: 9     Filed: 08/10/2026     Pages: 15

Service made on August __7__, 2026 by US mail first class or better;

on **United States of America, c/o United States Attorney for the Eastern District of Wisconsin** at
517 E Wisconsin Ave, Suite 530
Milwaukee, WI 53202;

on **Alter Trading Corporation** at
700 Office Parkway
St. Louis, MO 63141;

on **Miller Compressing Company** at
1640 W Bruce St
Milwaukee, WI 53204;

on **Quarles & Brady LLP** at
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202;

on **Toyota Tsusho America, Inc.** at
700 Triport Road
Georgetown, KY 40324;

on **MCC Holding LLC** at
c/o John E. Busby
1004 E Ogden Ave
Milwaukee, WI 53202;

on **Toyota Motor North America, Inc.** at
6565 Headquarters Drive
Plano, TX 75024;

on **Toyota Motor Credit Corporation** at
6565 Headquarters Drive
Plano, TX 75024;

on **Toyota Financial Services Corporation** at
Nagoya Lucent Tower 15F
6-1 Ushijima-cho, Nishi-ku
Nagoya, Aichi 451-6015
JAPAN;

on **Michael Goldstein** at
c/o Alter Trading Corporation
700 Office Parkway
St. Louis, MO 63141;

on **Robert G. Ellis** at
12121 Hibler Dr
St. Louis, MO 63141;

on **All Seasons Trucking 2 LLC** at
c/o Jomyka Burks, Registered Agent
1410 Ellis St
Waukesha, WI 53186-5621;

on **Alter Metal Recycling** at
c/o Alter Trading Corporation
700 Office Parkway
St. Louis, MO 63141;

on **Jeffrey Goldstein** at
c/o Green Bridge Company
2117 State St, Suite 300
Bettendorf, IA 52722-5172;

on **United States of America, c/o Attorney General of the United States** at
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001;

on **Seven Stars Auto Parts LLC** at
3520 W Mill Rd
Milwaukee, WI 53209;

on **Goldstein Group Inc.** at
700 Office Parkway
St. Louis, MO 63141;

on **Toyota Tsusho Corporation** at
9-8 Meieki 4-chome, Nakamura-ku
Nagoya, Aichi 450-8575
JAPAN;

on **Altech Recycling LLC** at
2601 Central Airport Road
North Little Rock, AR 72117;

on **Toyota Motor Corporation** at
1 Toyota-Cho
Toyota City, Aichi 471-8571
JAPAN;

on **Toyota Motor Sales, U.S.A., Inc.** at
6565 Headquarters Drive
Plano, TX 75024;

on **Toyota Financial Services** at
c/o Toyota Motor Credit Corporation
6565 Headquarters Drive
Plano, TX 75024;

on **Jon Spigel** at
1614 E Kenmore Pl
Milwaukee, WI 53211;

on **Robert Goldstein** at
c/o Alter Trading Corporation
700 Office Parkway
St. Louis, MO 63141;

on **John Busby** at
1004 E Ogden Ave
Milwaukee, WI 53202;

on **Alter Logistics & Transloading Company** at
2117 State St, Suite 300
Bettendorf, IA 52722;

on **Green Bridge Company** at
2117 State St, Suite 300
Bettendorf, IA 52722-5172;

on **Kathy Goldstein** at
c/o Goldstein Group, Inc.
700 Office Parkway
St. Louis, MO 63141;

Case: 26-2488    Document: 9    Filed: 08/10/2026    Pages: 15

on **Richard Goldstein** at
c/o Goldstein Group, Inc.
700 Office Parkway
St. Louis, MO 63141;

on **Samantha Goldstein** at
c/o Goldstein Group, Inc.
700 Office Parkway
St. Louis, MO 63141;

on **Jeremy Goldstein** at
c/o Goldstein Group, Inc.
700 Office Parkway
St. Louis, MO 63141;

on **Jesse Goldstein** at
c/o Goldstein Group, Inc.
700 Office Parkway
St. Louis, MO 63141;

on **Nathan Millan** at
c/o Goldstein Group, Inc.
700 Office Parkway
St. Louis, MO 63141;

on **Jay Robinovitz** at
c/o Alter Trading Corporation
700 Office Parkway
St. Louis, MO 63141;

on **Michael E. Vail** at
c/o Alter Metal Recycling
2603 9th Ave
Council Bluffs, IA 51501;

on **Lisa R. Walden** at
c/o Alter Trading Corporation
700 Office Parkway
St. Louis, MO 63141;

on **Bryan Downer** at
c/o Seven Stars Auto Parts LLC
3520 W Mill Rd
Milwaukee, WI 53209;

on **Chanel** at
c/o All Seasons Trucking 2 LLC
1410 Ellis St
Waukesha, WI 53186-5621.

on **Marc Goldstein** at
c/o GGI Motors / Goldstein Group, Inc.
700 Office Parkway
St. Louis, MO 63141;

on **Lauren Goldstein** at
c/o Goldstein Group, Inc.
700 Office Parkway
St. Louis, MO 63141;

on **Alex Goldstein** at
c/o Goldstein Group, Inc.
700 Office Parkway
St. Louis, MO 63141;

on **Joshua Millan** at
c/o Goldstein Group, Inc.
700 Office Parkway
St. Louis, MO 63141;

on **David Klein** at
c/o Alter Trading Corporation
700 Office Parkway
St. Louis, MO 63141;

on **Don H. Martin** at
c/o Alter Trading Corporation
700 Office Parkway
St. Louis, MO 63141;

on **Jack Grundfest** at
c/o Alter Trading Corporation
700 Office Parkway
St. Louis, MO 63141;

on **Joseph Poehlmann** at
c/o Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202;

on **Anthony R. Gardiner, Jr.** at
c/o All Seasons Trucking 2 LLC
1410 Ellis St
Waukesha, WI 53186-5621;

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2026

William Louis Armstrong
2580 S 34th St
Milwaukee, WI 53215

State of WI County of Milwaukee
The foregoing instrument was acknowledged before me
on this 7 day of August, 2026
by William Louis Armstrong,

Notary Public Signature

LOUISE ELIZABETH DAVENPORT
Notary Public
State of Wisconsin