# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 1, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2488 | WILLIAM L. ARMSTRONG, III,<br>Plaintiff - Appellant<br><br>v.<br><br>ALTER TRADING CORPORATION, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:25-cv-01702-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller |

A review of the court's docket shows that on August 27, 2026, the clerk received the opening brief of the appellant and accepted it for filing. On August 31, 2026, the clerk received a second opening brief from the appellant. The appellant is reminded that he may only file one opening brief. Accordingly,

**IT IS ORDERED** that the appellant file a statement with the court by September 15, 2026, indicating which of these two filings he would like to serve as his opening brief.