**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| **WILLIAM L. ARMSTRONG III,**<br>*Plaintiff-Appellant,*<br><br>v.<br><br>**ALTER TRADING CORPORATION, et al.,**<br>*Defendants-Appellees.* | **No. 26-2488** |

Appeal from the United States District Court for the Eastern District of Wisconsin
No. 2:25-cv-01702-JPS - Hon. J. P. Stadtmueller

**Armstrong's filing to correct the record, supplement for the motion to proceed in forma pauperis and appellants brief**

Here cometh William Louis Armstrong writing to inform the court that a document received on August 27th was mistaken for my appellants brief, but in fact was a copy of draft brief which had been incorporated and filed as part of my affidavit to appeal in forma pauperis in the district court, and which constituted a part of my statement of issues on appeal. The draft brief that was received on the 27th with my motion to appeal in forma pauperis was part of my motion to appeal in forma pauperis. The brief that was received later is a copy of the actual appellants brief that was filed in this case.