# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 2, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2488 | WILLIAM L. ARMSTRONG, III,<br>Plaintiff - Appellant<br><br>v.<br><br>ALTER TRADING CORPORATION, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:25-cv-01702-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller | |

Upon consideration of the **ARMSTRONG'S FILING TO CORRECT THE RECORD, SUPPLEMENT FOR THE MOTION TO PROCEED IN FORMA PAUPERIS AND APPELLANTS BRIEF**, filed on September 1, 2026, by the pro se appellant,

**IT IS ORDERED** that the clerk shall modify the docket to reflect that the brief filed on August 27, 2026, is a supplement to the appellant's motion for leave to proceed on appeal in forma pauperis.

**IT IS FURTHER ORDERED** that the clerk shall file the opening brief of the appellant received on August 31, 2026