# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 10, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2488 | WILLIAM L. ARMSTRONG, III,<br>Plaintiff - Appellant<br><br>v.<br><br>ALTER TRADING CORPORATION, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:25-cv-01702-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller | |

The following are before the court:

1. **RENEWED MOTION UNDER FEDERAL RULE OF APPELLATE PROCEDURE 24(a)(5) FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on August 27, 2026, by the pro se appellant.

2. **SUPPLEMENT TO MOTION TO PROCEED IN FORMA PAUPERIS (TABLE OF AUTHORITIES)**, filed on August 27, 2026, by the pro se appellant.

**IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is **DENIED.** The appellant has not made a potentially meritorious argument that the district court erred in dismissing the complaint. Appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b).