# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 10, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2488 | WILLIAM L. ARMSTRONG, III,<br>Plaintiff - Appellant<br>v.<br><br>ALTER TRADING CORPORATION, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:25-cv-01702-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller | |

The following are before the court:

1. **OMNIBUS MOTION TO EXTEND THE TIME TO FILE AN APPELLANT'S BRIEF, TO PERMIT THE FILING OF A SINGLE APPELLANT'S BRIEF AT APPELLANT'S ELECTION, TO RECRUIT COUNSEL UNDER BOTH 28 U.S.C. 1915 AND FED. R. CRIM. P. 44, TO DISPENSE WITH FILING AN APPENDIX OR TO DEFER THE SAME, FOR PRINTING AND SERVICE BY MARSHALLS, AND TO PERMIT AN INCREASED LIMIT FOR APPELLANT'S BRIEF**, filed on September 2, 2026, by the pro se appellant.

2. **REVISED OMNIBUS MOTION FOR ONE-COPY RELIEF, COUNSEL, ADDITIONAL TIME, APPENDIX RELIEF, PRINTING AND SERVICE, AN ENLARGED WORD LIMIT, AND JAPAN-SERVICE RELIEF**, filed on August 27, 2026, by the pro se appellant.

**IT IS ORDERED** that the motion for recruitment of counsel is **DENIED**. *See Pruitt v. Mote*, 503 F.3d 647 (7th Cir. 2007) (en banc); *Farmer v. Haas*, 990 F.2d 319, 321 (7th Cir. 1993). The panel assigned to decide this case may recruit counsel if it finds that step appropriate after reviewing the appellant’s brief.

**IT IS FURTHER ORDERED** that the motion for miscellaneous relief is **DENIED**.