**United States District Court**

**Eastern District of Wisconsin**

**Notice of Electronic Filing**

The following transaction was entered on 11/24/2026 at 10:11 AM CST and filed on 11/24/2026

**Case Name:** Armstrong et al v. Alter Trading Corporation et al

**Case Number:** 2:25-cv-01702-JPS

**Filer:**

**WARNING: CASE CLOSED on 05/29/2026**

**Document Number:** No document attached

**Docket Text:**
**USCA Appeal Fees received $ 605 receipt number 103634 re [17] Notice of Appeal filed by William Louis Armstrong, III. (lmu)**

**2:25-cv-01702-JPS Notice has been electronically mailed to:**

William Louis Armstrong, III williamlouisarmstrong93@gmail.com

**2:25-cv-01702-JPS Notice has been delivered by other means to:**